# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-775 (FSH) |
| v. | : | **ORDER** |
| SADIQ CALLOWAY | : | Date: February 1, 2012 |

This matter having come before the Court upon the January 5, 2012 Certification of Restoration of Competency to Stand Trial and accompanying forensic evaluation filed by the Complex Warden of the Federal Medical Facility in Butner, North Carolina on January 17, 2012;

**IT IS** on this 1st day of February 2012,

**ORDERED** that the parties shall submit a response to the Certification and accompanying evaluation indicating their respective positions on the necessity of a competency hearing by March 1, 2012.

/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J.