# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 08-775 (FSH) |
| v. | : **ORDER** |
| SADIQ CALLOWAY | : Date: April 16, 2012 |

**IT IS** on this 16th day of April 2012,

**ORDERED** that there shall be a hearing on the issue of Defendant's competency as well as Defendant's appointed counsel's request to be relieved on May 8, 2012 at 1:00 PM; and

**IT IS FURTHER ORDERED** that the parties shall each file a letter brief by **April 25, 2012**: (1) setting forth the respective positions they intend to take at the hearing as to Defendant's competency, including citations to relevant legal authority; and (2) addressing the relevant law regarding the motion to be relieved as counsel; and

**IT IS FURTHER ORDERED** that each party may submit a responsive letter brief by **April 30, 2012**.

/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J.