

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| 970 Broad Street, Suite 700 | | 973/645-2700 |
| Newark, NJ 07102 | Direct Dial | 973/297-4365 |

July 31, 2012

Hon. Faith S. Hochberg
United States District Judge
United States Post Office & Courthouse Building
Federal Square
Newark, NJ 07101

      Re: United States v. Sadiq Calloway
          <u>Crim. No. 08-0775</u>

Dear Judge Hochberg:

    In order to gather all necessary information, evaluate the issues raised in defendant Sadiq Calloway's ("Defendant") motion for a new trial, and to fully respond to Defendant's Motion, the Government respectfully requests an extension of time, more specifically, sixteen (16) days to respond to Defendant's motion for a new trial. The Government submits that an extension of time to file its opposition to the above-referenced motion would be in the interest of justice.

    More specifically, the Government proposes that the Government file its opposition to Defendant's motion for a new trial by August 17, 2012, and that Defendant's reply brief be filed by no later than August 24, 2012. I have conferred with defense counsel, Timothy R. Anderson, Esq., and he has consented to this schedule and my request. Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  PAUL J. FISHMAN
                                United States Attorney

                                <u>/s/Dara Aquila Govan</u>
                                By: Dara Aquila Govan
                                Assistant U.S. Attorney

cc: Timothy R. Anderson, Esq. (Via e-mail and ECF)

*Request granted.*
*SO ORDERED.*
*Faith S. Hochberg, U.S.D.J.*
*8/1/2012*